

# THE THIRTEENTH COURT OF APPEALS

13-19-00365-CV

Victor H. Sanchez and SM3 Investments, Ltd.
v.
Doctor's Hospital at Renaissance, Ltd. and RGV Med, LLC

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0084-19-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 21, 2021